10/30/2015      TDCJ Offender Details

*31,922-01*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04440654 |
| **TDCJ Number:** | 01023457 |
| **Name:** | GUZMAN,JAMES |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1972-03-08 |
| **Maximum Sentence Date:** | 2027-09-02 |
| **Current Facility:** | DARRINGTON |
| **Projected Release Date:** | 2019-10-08 |
| **Parole Eligibility Date:** | 2014-02-18 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |